UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER TO ADVANCE SECURITY IN
AMERICA,

Plaintiff,

v.

NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION,

Defendant.

Civil Action No. 24-3083 (AHA)

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated December 9, 2025, Defendant National Archives and Records Administration ("NARA"), and Plaintiff Center to Advance Security in America ("CASA"), by and through undersigned counsel, hereby submit this joint status report in this matter arising under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

The parties previously reported that they reached an agreement on the scope of the FOIA requests, which permits NARA to identify a collection of potentially responsive records for review. *See* ECF No. 10. NARA also previously reported that the records are governed by the Presidential Records Act ("PRA"), 44 U.S.C. § 2201-09, which provides for certain notification and response requirements. *See* ECF No. 8. NARA further reported that it began processing Plaintiff's request in December 2024, had been making regular PRA notifications as listed on NARA's website, released the records identified in PA 2025-012, -067, -114, -121, and -131 on their expected release dates, and made an additional PRA notification. *See* ECF No. 11; ECF No. 14 (referencing PA 2025-144 – expected release date December 19, 2025).

1

NARA now reports that it has released the records identified in PA 2025-144 on its expected release date.  NARA also reports that it has made two additional PRA notifications, as listed on NARA's website.  *See* https://www.archives.gov/foia/pra-notifications (showing PA 2026-010 – expected release date March 11, 2026; and PA 2026-019 – expected release date April 9, 2026).  NARA will continue to review approximately 500 pages per month and issue PRA notifications at the end of each month's review.  It will release responsive records approximately five working days after the end of the PRA review period.

The parties respectfully request that the Court order them to file another joint status report by May 14, 2026.


Dated: February 13, 2026                                  Respectfully submitted,
            Washington, D.C.
                                                          JEANINE FERRIS PIRRO
                                                          United States Attorney


/s/ Karin Sweigart                          By:    /s/ Benjamin H. Zieman
Karin Sweigart                                     Benjamin H. Zieman
D.D.C. Bar ID: CA00145                             Assistant United States Attorney
Dhillon Law Group, Inc.                            601 D Street N.W.
177 Post Street, Suite 700                         Washington, D.C. 20530
San Francisco, CA 94108                            202-252-2540
415-433-1700
Ksweigart@dhillonlaw.com                    *Attorneys for the United States of America*

*Counsel for the Plaintiff*

2